**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-1692**

———————————

VICTOR BYRD,

Plaintiff - Appellant,

versus

THE RALEIGH HOUSING AUTHORITY,

Defendant - Appellee,

and

STEVE BEAM,

Defendant.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-02-253-5-BO-3)

———————————

Submitted: November 19, 2003        Decided: December 3, 2003

———————————

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Victor Byrd, Appellant Pro Se. Charles Theophilus Francis, FRANCIS
& AUSTIN, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Victor Byrd appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See Byrd v. Raleigh Housing Auth., No. CA-02-253-5-BO-3 (E.D.N.C. May 8, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED